IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NIVA PATEL, | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-00258-M |
| v. | § | |
| | § | |
| ASC AND WILSHIRE CREDIT | § | |
| CORPORATION, | § | |
|     Defendants. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff shall file a First Amended Complaint against Wilshire Credit Corporation that complies with FED. R. CIV. P. 8 within 20 days.

**SO ORDERED** this 14th day of September, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS